**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

XCELA CONSULTING, d/b/a DROP IN DENTAL,

    Plaintiff

v.

ROBERT F. KENNEDY, JR.,

    Defendant

Case No.: 3:25-cv-00446-ART-CSD

**Order**

Re: ECF No. 7

Defendant has filed a "Motion to Allow Late-Filed Answer and Extend Time for Filing Answer or to File Motion to Dismiss. (ECF No. 7.) Defendant represents that Plaintiff consents to the setting of a firm deadline for Defendant to answer or file a motion to dismiss. (*Id.* at 10.) Accordingly, Defendant's motion (ECF No. 7) is **GRANTED**. Defendant will have until March 3, 2026, to file an answer or move to dismiss the complaint.

**IT IS SO ORDERED**.

Dated: February 13, 2026

_____
Craig S. Denney
United States Magistrate Judge