**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XCELA CONSULTING, DBA DROP IN DENTAL, | Case No.: 3:25-cv-00446-ART-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| ROBERT F. KENNEDY JR., in his official capacity as the Secretary of the United States Department of Health and Human Services, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR REMAND** |
| Defendant. | |

Under Local Rules IA 6-1 and 7-1, Plaintiff Xcela Consulting, DBA Drop In Dental ("Plaintiff") and Defendant Robert F. Kennedy Jr., in his official capacity as the Secretary of the United States Department of Health and Human Services ("Defendant"), by and through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for Plaintiff to file a response to Defendant's Motion for Remand (ECF No. 11) from March 30, 2026 to **April 13, 2026**.

/ / /

/ / /

/ / /

This extension request is made in good faith, jointly by the parties, and not for the purposes of delay, but rather to account for Plaintiff's counsel's schedule during the Washoe County School District spring break period running from March 23 through April 3, 2026. A trial date in this matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought to any improper purpose or other purpose of delay.

It is so stipulated.

Dated: March 26, 2026.

McDONALD CARANO LLP

By: /s/ *Chelsea Latino*
Chelsea Latino (NSBN 14227)
Cassin Brown (NSBN 15877)
100 West Liberty Street, 10th Floor
Reno, NV 89501
clatino@mcdonaldcarano.com
cbrown@mcdonaldcarano.com

*Attorneys for Plaintiff*

U.S. ATTORNEY'S OFFICE

By: /s/ *Marilyn E. Gartley*
TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney District of Nevada

MARILYN E. GARTLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2026

2