**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XCELA CONSULTING, DBA DROP IN DENTAL, | Case No.: 3:25-cv-00446-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **SECOND STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR REMAND** |
| ROBERT F. KENNEDY JR., in his official capacity as the Secretary of the United States Department of Health and Human Services, | |
| Defendant. | |

Under Local Rules IA 6-1 and 7-1, Plaintiff Xcela Consulting, DBA Drop In Dental ("Plaintiff") and Defendant Robert F. Kennedy Jr., in his official capacity as the Secretary of the United States Department of Health and Human Services ("Defendant"), by and through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for Plaintiff to file a response to Defendant's Motion for Remand (ECF No. 11) from to April 13, 2026 to **May 1, 2026**.

The parties previously stipulated to extend this deadline to account for the Washoe County School District spring break period. *See* ECF Nos. 14-15. The parties submit this second stipulation to allow them to continue discussions about a potential resolution of the action, which would obviate the need for further briefing and conserve the parties' and judicial resources. This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. A trial date in this

matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought to any improper purpose or other purpose of delay.

It is so stipulated.

Dated: April 10, 2026.

| McDONALD CARANO LLP | U.S. ATTORNEY'S OFFICE |
|---|---|
| By: /s/ *Chelsea Latino* | /s/ *Marilyn E. Gartley* |
| Chelsea Latino (NSBN 14227) | TODD BLANCHE |
| Cassin Brown (NSBN 15877) | Deputy Attorney General of the United States |
| 100 West Liberty Street, 10th Floor | SIGAL CHATTAH |
| Reno, NV 89501 | First Assistant United States Attorney District of Nevada |
| clatino@mcdonaldcarano.com | |
| cbrown@mcdonaldcarano.com | MARILYN E. GARTLEY |
| | Assistant United States Attorney |
| *Attorneys for Plaintiff* | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| | Telephone: 702-388-5084 |
| | Email: marilyn.gartley@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2026

2