**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XCELA CONSULTING, DBA DROP IN DENTAL, | Case No.:  3:25-cv-00446-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **FIFTH STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR REMAND** |
| ROBERT F. KENNEDY JR., in his official capacity as the Secretary of the United States Department of Health and Human Services, | |
| Defendant. | |

Under Local Rules IA 6-1 and 7-1, Plaintiff Xcela Consulting, DBA Drop In Dental ("Plaintiff") and Defendant Robert F. Kennedy Jr., in his official capacity as the Secretary of the United States Department of Health and Human Services ("Defendant"), by and through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for Plaintiff to file a response to Defendant's Motion for Remand (ECF No. 11) from May 13, 2026 to **May 19, 2026**.

The parties previously stipulated to extend this deadline to account for the Washoe County School District spring break period, as well as to continue ongoing discussions about a potential resolution and remand of the action. *See* ECF Nos. 14-15, 17-18, 19-20, 21-22. The parties are close to agreeing on the form of a stipulation and order regarding remand, but require a brief extension of time as a result of the parties' and their counsel's respective time zones and travel commitments. As

such, the parties submit this fifth stipulation to allow them to continue the discussions about a potential remand of the action via stipulation, which would obviate the need for further briefing and conserve the parties' and judicial resources. This extension request is made in good faith, jointly by the parties, and not for the purposes of delay. A trial date in this matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought to any improper purpose or other purpose of delay.

It is so stipulated.

Dated: May 13, 2026.

| McDONALD CARANO LLP | U.S. ATTORNEY'S OFFICE |
|---|---|
| By: /s/ *Chelsea Latino* | /s/ *Marilyn E. Gartley* |
| Chelsea Latino (NSBN 14227) | TODD BLANCHE |
| Cassin Brown (NSBN 15877) | Acting Attorney General of the United States |
| 100 West Liberty Street, 10th Floor | SIGAL CHATTAH |
| Reno, NV 89501 | First Assistant United States Attorney District |
| clatino@mcdonaldcarano.com | of Nevada |
| cbrown@mcdonaldcarano.com | |
| | MARILYN E. GARTLEY |
| *Attorneys for Plaintiff* | Assistant United States Attorney |
| | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| | Telephone: 702-388-5084 |
| | Email: marilyn.gartley@usdoj.gov |
| | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
ANNE R. TRUAM
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2026

2