TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

MARILYN E. GARTLEY
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-5084
Email: marilyn.gartley@usdoj.gov
*Attorneys for Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| XCELA CONSULTING, DBA DROP IN DENTAL, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT F. KENNEDY JR., in his official capacity as the Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | Case No.: 3:25-cv-00446-ART-CSD <br><br> **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR REMAND** <br><br> **(SEVENTH REQUEST)** |

PLEASE TAKE NOTICE that in accordance with LR IA 6-1 and LR 7-1 and the United States of America on behalf of Robert F. Kennedy Jr., in his official capacity as the Secretary of the United States Department of Health and Human Services (the "Federal Defendant") and Plaintiff Xcela Consulting, DBA Drop In Dental ("Plaintiff"), by and through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for Plaintiff to file a response to Defendant's Motion for Remand (ECF No. 11) from **May 27, 2026** to June 3, 2026.

The parties previously stipulated to extend this deadline to account for the Washoe County School District spring break period, as well as to continue ongoing discussions about a potential resolution and remand of the action. *See* ECF Nos. 14-15, 17-18, 19-20, 21-22, 23-

25. The parties have exchanged multiple sets of red lines and engaged in cooperative good faith negotiations to arrive at terms that are very close to reaching a final agreement on the form of a stipulation and order regarding remand. Nevertheless, the parties require an additional week to finalize the terms thereof, which delay arises in part due to the undersigned's and agency counsels' schedules over the Memorial Day holiday and in part due to the process of obtaining governmental approval of final terms within the context of complex administrative proceedings.

As such, the parties submit this stipulation to allow them to finalize their discussions about a potential remand of the action via stipulation, which would obviate the need for further briefing and conserve the parties' and judicial resources. This seventh extension request is made in good faith, jointly by the parties, and not for the purpose of delay. A trial date in this matter has not yet been set. Moreover, since this is a joint request, neither party will be prejudiced. This request is not sought to any improper purpose or other purpose of delay.

It is so stipulated.

Dated: May 27, 2026.

| | |
|---|---|
| McDONALD CARANO LLP | U.S. ATTORNEY'S OFFICE |
| By: /s/ *Chelsea Latino* | /s/ *Marilyn E. Gartley* |
| Chelsea Latino (NSBN 14227) | TODD BLANCHE |
| Cassin Brown (NSBN 15877) | Acting Attorney General of the United States |
| 100 West Liberty Street, 10th Floor | SIGAL CHATTAH |
| Reno, NV 89501 | First Assistant United States Attorney District |
| clatino@mcdonaldcarano.com | of Nevada |
| cbrown@mcdonaldcarano.com | |
| | MARILYN E. GARTLEY |
| *Attorneys for Plaintiff* | Assistant United States Attorney |
| | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| | Telephone: 702-388-5084 |
| | Email: marilyn.gartley@usdoj.gov |
| | *Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _May 28, 2026_____

///

3